FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority ✗
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ✗
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SALVADOR SOLORIO, ) | No. CV 06-6000-RGK (PLA) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| JOHN MARSHALL, ) | |
| Respondent. ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 01·23·08

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE